# EXHIBIT A

Electronically FILED by Superior Court of California, County of Riverside on 10/09/2024 12:47 PM
Case Number CVPS2406495 0000107659240 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Home Depot U.S.A., Inc. and Does 1 to 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Maria del Carmen Urquidez de Mayoral aka Maria Carmen U. Mayoral

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Palm Springs Courthouse<br><br>3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 | CASE NUMBER:<br>*(Número del Caso):*<br><br>CVPS2406495 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Erica Chavez, Trauma Law, 2601 Airport Drive, Suite 250, Torrance, CA 90505, (213) 341-0314

| DATE:<br>*(Fecha)* 10/09/2024 | Clerk, by<br>*(Secretario)* *Angela M Skelton* A. Skelton | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Home Depot U.S.A., Inc.
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | GC681 50(g) | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|---|

Electronically FILED by Superior Court of California, County of Riverside on 10/09/2024 12:47 PM
Case Number CVPS2406495 0000107659238 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER: 298403<br>NAME: Erica Chavez<br>FIRM NAME: Trauma Law<br>STREET ADDRESS: 2601 Airport Drive, Suite 250<br>CITY: Torrance            STATE: CA    ZIP CODE: 90505<br>TELEPHONE NO.: (213) 341-0314    FAX NO.: (213) 341-3500<br>EMAIL ADDRESS: litigation@traumalaw.com<br>ATTORNEY FOR (name): Maria del Carmen Urquidez de Mayoral | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 3255 E. Tahquitz Canyon Way
MAILING ADDRESS: 3255 E. Tahquitz Canyon Way
CITY AND ZIP CODE: Palm Springs 92262
BRANCH NAME: Palm Springs Courthouse

PLAINTIFF: Maria del Carmen Urquidez de Mayoral aka Maria Carmen U. Mayoral

DEFENDANT: Home Depot U.S.A., Inc.

[x] DOES 1 TO 20

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>[ ] **MOTOR VEHICLE**    [x] **OTHER** *(specify):* Premise Liability, General Negligence<br>    [x] **Property Damage**    [ ] **Wrongful Death**<br>    [x] **Personal Injury**    [ ] **Other Damages** *(specify):* | CASE NUMBER:<br><br>CVPS2406495 |

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
    Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $35,000)
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

1. **Plaintiff** *(name or names):* Maria del Carmen Urquidez de Mayoral aka Maria Carmen U. Mayoral
   alleges causes of action against **defendant** *(name or names):*
   Home Depot U.S.A., Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mayoral v. Home Depot U.S.A., Inc. et al. | CVPS2406495 |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ **except** defendant (name): Home Depot U.S.A., Inc.
    (1) ☐ a business organization, form unknown.
    (2) ☒ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  c. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants (specify Doe numbers): 1-20      were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants (specify Doe numbers): 1-20      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:<br>Mayoral v. Home Depot U.S.A., Inc. et al. | CASE NUMBER:<br>CVPS2406495 |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐ Motor Vehicle

b. ☒ General Negligence

c. ☐ Intentional Tort

d. ☐ Products Liability

e. ☒ Premises Liability

f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

a. ☒ wage loss.

b. ☒ loss of use of property.

c. ☒ hospital and medical expenses.

d. ☒ general damage.

e. ☒ property damage.

f. ☒ loss of earning capacity.

g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages.

    (2) ☐ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☒ according to proof.

    (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
Premises Liability Cause of Action; General Negligence Cause of Action

Date: October 9, 2024

Erica Chavez
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

**PLD-PI-001(4)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mayoral v. Home Depot U.S.A., Inc. et al. | CVPS2406495 |

First _____ **CAUSE OF ACTION—Premises Liability**    Page    4 _____
(number)

ATTACHMENT TO [ x ] Complaint        [   ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.Plaintiff *(name):* Maria del Carmen Urquidez de Mayoral aka Maria Carmen U. Mayoral _____

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* November 7, 2022              plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
Plaintiff suffered an injury when an unsafe condition caused Plaintiff to sustain injury to her head at Home Depot Store No. 6874, located at 42100 Jackson Street, Indio, CA 92203.

The premises were in an unsafe condition in that, and among other things, there was dangerous and unsafe shelving, and Defendant failed to warn of this hazard.

Prem.L-2.  [ x ]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Home Depot U.S.A., Inc.

[ x ] Does 1 _____ to 20 _____

Prem.L-3.  [   ]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[   ] Does _____ to _____

Plaintiff, a recreational user, was  [   ] an invited guest  [   ] a paying guest.

Prem.L-4.  [   ]  *Count Three—Dangerous Condition of Public Property* The defendants who owned public property
on which a dangerous condition existed were (names):

[   ] Does _____ to _____
a.  [   ]  The defendant public entity had  [   ] actual  [   ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b.  [   ]  The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ x ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*

[ x ] Does 1 _____ to 20 _____
b.  [ x ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[   ] described in attachment Prem.L-5.b  [ x ] as follows *(names):*
Plaintiff is informed and believes, and upon such information and belief, alleges that each defendant designated
herein as a "DOE" is responsible, negligently and recklessly or in some other actionable manner, for the events
and happenings referred to herein which proximately caused injury to Plaintiff.

Page 1 of 1

**PLD-PI-001(2)**

| SHORT TITLE: Mayoral v. Home Depot U.S.A., Inc. et al. | CASE NUMBER: CVPS2406495 |
|---|---|

| Second | **CAUSE OF ACTION—General Negligence** | Page | 5 |
|---|---|---|---|
| (number) | | | |

ATTACHMENT TO   [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Maria del Carmen Urquidez de Mayoral aka Maria Carmen U. Mayoral

alleges that defendant *(name):* Home Depot U.S.A., Inc.

[x] Does   1   to   20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* November 7, 2022

at *(place):* Home Depot Store No. 6874, located at 42100 Jackson Street, Indio, CA 92203

*(description of reasons for liability):*

Defendant Home Depot U.S.A., Inc. and/or Does 1 to 20 (collectively "Defendants") owned, leased, operated or controlled the Home Depot store located at 42100 Jackson Street, Indio, CA 92203 ("Subject Location") at all times relevant herein.

On or about November 7, 2022, Plaintiff was shopping at the Subject Location. While shopping at a lumber aisle, a metal bar holding the lumber fell on Plaintiff's head causing significant injuries. This hazard was located in an area where customers such as Plaintiff was expected to do their shopping, but was not marked with signage, nor did Defendants provide any other warning.

Defendants owed a duty to exercise reasonable care in keeping the Subject Location reasonably safe. free from hazards. Defendants owed a further duty to use reasonable care to discover any unsafe conditions and to repair, replace and/or give adequate warning of anything that could be reasonably expected to harm its customers.

Defendants breached the duty of care owed to Plaintiff by failing to use reasonable care, in among other things, maintaining its shopping areas safe thereby creating an unreasonably dangerous and unsafe environment for its shoppers causing injury when shopping for lumber by having a metal bar fall on customer's head. Defendants further failed to warn customers of the dangerous condition, or to otherwise provide reasonable safeguards against the injury suffered by Plaintiff.

As a direct result of the negligence of the Defendants, and each of them, as aforesaid, and by reason of creating an unreasonably dangerous and unsafe environment thereby causing a metal bar fall on Plaintiff's head, Plaintiff sustained significant injuries and damages, including but not limited to the following:
(a) Physical and mental/emotional injuries all to Plaintiff's general damage in a monetary sum;
(b) Necessary medical and incidental expenses in an amount not yet fully ascertainable; and
(c) Loss of earnings and/or earning capacity in an amount not yet fully ascertainable.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

Electronically FILED by Superior Court of California, County of Riverside on 10/09/2024 12:47 PM
Case Number CVPS2406495 0000107659241 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

| | |
|---|---|
| ☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220 | ☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 |
| ☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225 | ☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563 |
| ☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882 | ☒ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 |
| ☐ **MENIFEE** 27401 Menifee Center Dr., Menifee, CA 92584 | ☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501 |

**RI-CI032**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)*<br>Erica Chavez SBN 298403<br>Trauma Law<br>2601 Airport Drive, Suite 250<br>Torrance, CA 90505<br>TELEPHONE NO: (213) 341-0314    FAX NO. *(Optional):* (213) 341-3500<br>E-MAIL ADDRESS *(Optional):* litigation@traumalaw.com<br>ATTORNEY FOR *(Name):* Maria del Carmen Urquidez de Mayoral | *FOR COURT USE ONLY* |
| PLAINTIFF/PETITIONER: Maria del Carmen Urquidez de Mayoral | |
| DEFENDANT/RESPONDENT: Home Depot U.S.A., Inc. | CASE NUMBER:<br>CVPS2406495 |

### CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒    The action arose in the zip code of:  92203 _____

☐    The action concerns real property located in the zip code of: _____

☐    The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date  October 9, 2024 _____

Erica Chavez _____    ►  *Erica Chavez* _____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)    (SIGNATURE)

**Page 1 of 1**

Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 07/15/21]
(Reformatted 07/08/24)

**CERTIFICATE OF COUNSEL**

Local Rule 3117
riverside.courts.ca.gov